**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8063**
_____

CHAUNCEY A. WILLIAMS,

              Plaintiff – Appellant,

        v.

L. W. HUFFMAN, Regional Director (D.A.); BRAXTON, Warden;
T. A. SPANGLER, Correctional Officer,

              Defendants – Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (7:09-cv-00222-sgw-mfu)

_____

Submitted:  March 16, 2010          Decided:  March 23, 2010

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chauncey A. Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Huffman, No. 7:09-cv-00222-sgw-mfu (W.D. Va. Oct. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED